

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-23-00127-CR

| | | |
|---|---|---|
| TERRY LYNN WESTERMAN, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR15470) |
| V. | § | April 25, 2024 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr